# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SZ DJI TECHNOLOGY CO. LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-55-JNR ) ) **JURY TRIAL DEMANDED** |
| TEXTRON SPECIALIZED VEHICLES INC., | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jordan R. Jaffe of Wilson Sonsini Goodrich & Rosati, P.C., One Market Plaza Spear Tower, Suite 3300 San Francisco, CA 94105; Jennifer (Celine) Liu of Wilson Sonsini Goodrich & Rosati, P.C., 1700 K Street NW, Fifth Floor Washington, DC 20006 and Christopher D. Mays of Wilson Sonsini Goodrich & Rosati, P.C. , 650 Page Mill Road, Palo Alto, CA 94304 to represent Plaintiff SZ DJI Technology Co. Ltd. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com

Dated: September 15, 2023
11059597/ 23378.00001

*Attorneys for Plaintiff*
*SZ DJI Technology Co. Ltd.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____            _____

                                                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 15, 2023          Signed: */s/ Jordan R. Jaffe*
                                  Jordan R. Jaffe
                                  Wilson Sonsini Goodrich & Rosati, P.C.
                                  One Market Plaza Spear Tower
                                  Suite 3300
                                  San Francisco, CA 94105
                                  Tel: (415) 947-2000
                                  jjaffe@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 15, 2023    Signed: */s/ Jennifer (Celine) Liu*
Jennifer (Celine) Liu
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
Tel: (202) 973-8800
celine.liu@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 15, 2023   Signed: */s/ Christopher D. Mays*
Christopher D. Mays
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300
cmays@wsgr.com