# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SZ DJI TECHNOLOGY CO. LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-55-JNR ) ) **JURY TRIAL DEMANDED** |
| TEXTRON SPECIALIZED VEHICLES INC., | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SZ DJI Technology Co. Ltd. and Defendant Textron Specialized Vehicles Inc., by and though their respective undersigned counsel, hereby stipulate and agree that all claims asserted by SZ DJI Technology Co. Ltd. in this case are hereby dismissed with prejudice, and with each party bearing its own costs, attorneys' fees, and expenses.

POTTER ANDERSON & CORROON LLP

By: /s/ Bindu A. Palapura
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com

*Attorneys for Plaintiff
SZ DJI Technology Co. Ltd.*

Dated: February 23, 2024
11348820/23378.00001

MCDERMOTT WILL & EMERY LLP

By: /s/ Ethan H. Townsend
Ethan H. Townsend (#5813)
Daniel T. Menken (#6309)
The Brandywine Building
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 485-3911
ehtownsend@mwe.com
dmenken@mwe.com

*Attorneys for Defendant Textron Specialized Vehicles Inc.*

IT IS SO ORDERED this _____ day of _____, 2024

_____
The Honorable J. Nicholas Ranjan