**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SZ DJI TECHNOLOGY CO. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-55-JNR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TEXTRON SPECIALIZED VEHICLES INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SZ DJI Technology Co. Ltd. and

Defendant Textron Specialized Vehicles Inc., by and though their respective undersigned counsel,

hereby stipulate and agree that all claims asserted by SZ DJI Technology Co. Ltd. in this case are

hereby dismissed with prejudice, and with each party bearing its own costs, attorneys' fees, and

expenses.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MCDERMOTT WILL & EMERY LLP |
| | |
| By:  */s/ Bindu A. Palapura* | By:  */s/ Ethan H. Townsend* |
| David E. Moore (#3983) | Ethan H. Townsend (#5813) |
| Bindu A. Palapura (#5370) | Daniel T. Menken (#6309) |
| Andrew M. Moshos (#6685) | The Brandywine Building |
| Hercules Plaza, 6th Floor | 1000 N. West Street, Suite 1400 |
| 1313 N. Market Street | Wilmington, DE 19801 |
| Wilmington, DE  19801 | Tel: (302) 485-3911 |
| Tel:  (302) 984-6000 | ehtownsend@mwe.com |
| dmoore@potteranderson.com | dmenken@mwe.com |
| bpalapura@potteranderson.com | |
| amoshos@potteranderson.com | *Attorneys for Defendant Textron Specialized* |
| | *Vehicles Inc.* |
| *Attorneys for Plaintiff* | |
| *SZ DJI Technology Co. Ltd.* | |

Dated:  February 23, 2024
11348820/23378.00001

IT IS SO ORDERED this 26th day of February, 2024

s/ J. Nicholas Ranjan
The Honorable J. Nicholas Ranjan